# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1982
LT Case No. 2024-CF-000430-A

———————————————

TERRY S. COLEMAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Terry S. Coleman, Trenton, pro se.

James Uthmeier, Attorney General, and Heather Flanagan
Ross, Assistant Attorney General, Tallahassee, for Respondent.

October 31, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 17, 2024 judgment and sentence rendered in Case No. 2024-CF-000430-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____